```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-05-112-WFN
                Plaintiff,     )
                               )   ORDER DENYING DEFENDANT'S
v.                             )   MOTION TO MODIFY
                               )
CHRISTOPHER D. MURPHY,         )
                               )
                Defendant.     )
                               )
```

At the December 23, 2005, hearing on Defendant's Motion to Modify (Ct. Rec. 37), attorney Terry Ryan appeared with Defendant; Assistant U.S. Attorney Ronald W. Skibbie represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds the Defendant appears to suffer from chemical dependency. As there is no confirmed structured treatment plan before the court, the Defendant's Motion **(Ct. Rec. 37) is DENIED.**

**IT IS SO ORDERED.**

DATED December 27, 2005.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1